No. 00–6394. OMENE v. MORRISON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 00–6411. DAWLEY v. MANGEL. Sup. Ct. N. J. Certiorari denied.

No. 00–6423. JONES v. HUBBARD, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–6425. STOOTHOFF v. APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 2d Cir. Certiorari denied.

No. 00–6438. DAVIDSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–6440. OSTERBACK v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–6442. HOLMAN v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 00–6445. HUBBS v. LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–6464. SMITH v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–6497. RICARTE v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–6500. SANTOS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–6501. SOURA v. PEPE, SUPERINTENDENT, MASSACHUSETTS CORRECTIONAL INSTITUTION. C. A. 1st Cir. Certiorari denied.

No. 00–6502. SCOTT v. MITCHELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–6508. LAYTON v. NEVADA. Sup. Ct. Nev. Certiorari denied.